# United States Court of Appeals
## For the First Circuit

Nos. 14-2020
    14-2040

UNITED STATES OF AMERICA,

Appellee,

v.

JOEL DUDLEY,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on October 30, 2015 is amended as follows:

On page 16, footnote 13, line 5, change "agents" to "agents'".